# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KIRBY SPENCER, | ) | Case No. 2:17-cv-02586-JAD-NJK |
| Plaintiff(s), | ) ) ) | ORDER |
| v. | ) ) | |
| PROFESSIONAL RECOVERY PERSONNEL, INC., | ) ) ) | |
| Defendant(s). | ) ) | |

Business entities may appear in federal court only through licensed counsel. *See Rowland v. Cal. Men's Colony*, 506 U.S. 194, 202 (1993); *see also United States v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Defendant filed an answer *pro se*. Docket No. 6. Accordingly, Defendant shall retain an attorney and have that attorney file a notice of appearance by November 28, 2017. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN CASE-DISPOSITIVE SANCTIONS.**

In addition, Defendant's attorney shall file a certificate of interested parties by November 28, 2017.

IT IS SO ORDERED.

DATED: November 7, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge