LIPSON NEILSON P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
LISA J. ZASTROW, ESQ.
Nevada Bar No. 9727
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500/FAX (702) 382-1512
kanderson@lipsonneilson.com
lzastrow@lipsonneilson.com

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KIRBY SPENCER, an individual; | Case No.: 2:17-cv-02586-JAD-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| PROFESSIONAL RECOVERY PERSONNEL, INC., a foreign corporation, | ECF No. 15 |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, KIRBY SPENCER, and Defendant PROFESSIONAL RECOVERY PERSONNEL, INC. by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendant, be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

/././/

/././/

/././/

**Lipson Neilson P. C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512

IT IS FURTHER STIPULATED that any current scheduling order be vacated.

LIPSON NEILSON P.C.

LAW OFFICES OF KEVIN L. HERNANDEZ

*/s/ Lisa J. Zastrow*
Kaleb D. Anderson, Esq. (SBN 7582)
Lisa J. Zastrow, Esq. (SBN 9272)
9900 Covington Cross Drive,
Suite 120
Las Vegas, Nevada 89144
*Attorneys for Defendant*

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq. (SBN12594)
2510 Wigwam Parkway, Suite 206
Henderson, NV 89074
*Attorneys for Plaintiff*

**ORDER**

Based on the parties' stipulation **[ECF No. 15]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: May 16, 2018